# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Amador, | No. 1:16-CV-01357-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| Quicken Loans, Inc.; Bank of America N.A., Successor By Merger To BAC Home Loan Servicing, LP f/k/a Countrywide Home Loans Servicing, LP; Nationstar Mortgage, LLC; CoreLogic, Inc.; DVP, LP., | |
| Defendants. | |

Plaintiff, Daniel Amador ("Plaintiff") is proceeding pro se in this action. Plaintiff filed a Motion to Proceed *in forma pauperis* pursuant to 28 U.S.C. section 1915 on September 14, 2016 (ECF No. 2). The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees.

Plaintiff's Motion to Proceed *in forma pauperis* is therefore **GRANTED.**

**IT IS SO ORDERED.**

**DATED** this 17th day of October, 2016.

_____
Honorable Stephen M. McNamee
Senior United States District Judge