# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Amador,<br><br>    Plaintiff,<br><br>vs.<br><br>Quicken Loans, Inc. et al.,<br><br>    Defendants. | No. CV 16-1357-SMM<br><br>**AMENDED ORDER** |

Pending before the Court is Plaintiff's Motion for Preliminary Injunction (Doc. 7) and *Ex Parte* Motion for Temporary Restraining Order (TRO) (Doc. 8). Plaintiff says he will suffer immediate and irreparable injury if Defendants are not enjoined from proceeding with foreclosure on his property. (Doc. 7 at 5, Doc. 8 at 5.) Plaintiff has not notified Defendants of these motions.

On November 10, 2016, Defendant DVP, LP obtained a lawful writ of possession against Plaintiff in the Superior Court of California, County of Fresno. (Doc. 7 at 79-80, Doc. 8 at 80-81.) Pursuant to Younger v. Harris, 401 U.S. 37 (1971), this Court will abstain from granting injunctive relief when a state civil proceeding is pending against the Plaintiff at the time he commences the federal action. It is apparent Plaintiff wishes the Court to forestall the foreclosure action, which this Court will not do.

**AMENDMENT**

In its original Order denying the TRO, the Court erred by stating another reason for denial, stating that to grant the TRO would prejudice the Defendants because Plaintiff had not yet served Defendants. The Court wishes to correct the record and state that it

1 was not Plaintiff's fault that Defendants had not yet been served. Indeed, pursuant to Fed.
2 R. Civ. P. 4(c)(3), the Plaintiff must await a Court Order directing the Clerk of Court to
3 issue summons for each Defendant.

4 Notwithstanding the Court's error, the Court's analysis under <u>Younger</u> remains
5 unchanged, as does its denial of Plaintiff's *Ex Parte* Motion for Temporary Restraining
6 Order.

7 Accordingly,

8 **IT IS HEREBY ORDERED** denying Plaintiff's *Ex Parte* Motion for Temporary
9 Restraining Order (Doc. 8).

10 Dated this 30th day of November, 2016.

*(signature)*
Honorable Stephen M. McNamee
Senior United States District Judge