INSTRUCTIONS FOR COMPLETING FORM USM-285

After the court has issued an order granting your application to proceed without prepayment of fees and directing that service of process be made by the United States Marshal, you must complete an original USM-285 form for *each individual defendant named in your action.*

1. PLAINTIFF:  <u>Print your name</u>.
2. COURT CASE NUMBER:  <u>Print the complete case number listed on your complaint</u>.
3. DEFENDANT: <u>Print the name of one defendant on each separate form</u>.
4. TYPE OF PROCESS: <u>Print "Summons and Complaint."</u>
5. SERVE AT:  <u>Enter the name and address for service of one defendant on each individual USM-285 form</u>.
6. SEND NOTICE OF SERVICE TO REQUESTER AT: <u>Enter your name and mailing address</u>.
7. NUMBER OF PROCESS TO BE SERVED WITH THIS FORM - 285:  <u>1</u>.
8. NUMBER OF PARTIES TO BE SERVED IN THIS CASE: <u>Enter the number of defendants you have named in your suit</u>.
9. CHECK FOR SERVICE ON U.S.A.: <u>Check ONLY if the defendant listed on the form is an entity of the U.S. Government</u>.
10. <u>Sign and date the form, check the box marked "PLAINTIFF" and enter your telephone number (if one is available)</u>.

☐ **If you are the plaintiff and are currently incarcerated**, you must return the completed USM-285 forms to the Clerk's Office at 2500 Tulare Street, Room 1501, Fresno, CA 93721, together with the following:

1. An original Summons for each defendant to be served;
2. A file-endorsed copy of the complaint to be served on each individual defendant;
3. A copy of the order directing service by the U.S. Marshal to be served on each individual defendant;
4. One copy of the complaint and one copy of the order directing service for the U.S. Marshal's file.
5. The completed "Notice of Submission of Documents" form enclosed herewith.

PLEASE NOTE that only the defendants against whom the court has determined you have a cognizable claim will be served.

☐ **If you are the plaintiff in pro per**, you must return the completed USM-285 forms to the Clerk's Office at 2500 Tulare Street, Room 1501, Fresno, CA 93721, together with the following:

1. An original Summons for each defendant to be served;
2. A copy of each summons to be served on each individual defendant;
3. A copy of the complaint to be served on each individual defendant;
4. A copy of the order directing service by the U.S. Marshal to be served on each individual defendant;
5. One copy of each summons, one copy of the complaint and one copy of the order directing service for the U.S. Marshal's file.

Effective 12/05 for Non-P Cases

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

_____, )
                                )
         Plaintiff(s),          )        No. 1:\_\_\_-cv-_____
                                )
vs.                             )
                                )
                                )        NOTICE OF SUBMISSION
_____, )        OF DOCUMENTS
                                )
         Defendant(s).          )
_____)

    Plaintiff hereby submits the following documents in

compliance with the court's order filed _____.

         _____    completed USM-285 forms

         _____    copies of the complaint/amended complaint

         _____    completed Summons forms


DATED:_____     _____
                                 Signature of Plaintiff

---

TO BE COMPLETED BY THE CLERK:

The above documents were forwarded to U.S. Marshal


on:_____ by _____.
        Date                          Deputy Clerk

**INSTRUCTIONS FOR SERVICE OF PROCESS BY U.S. MARSHAL**

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES. Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

# UNITED STATES DISTRICT COURT

Eastern      District of      California

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:  1:      -cv-

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____21_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Marianne Matherly

CLERK                                                                                      DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                    *Signature of Server*

                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.