# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Amador,<br><br>    Plaintiff,<br><br>v.<br><br>Quicken Loans, Inc.; Bank of America N.A.; Nationstar Mortgage, LLC; CoreLogic, Inc.; DVP, LP<br><br>    Defendants. | No. CV 1:16-01357<br><br>**ORDER** |

    The Court finds it necessary to set a deadline for Plaintiff to serve his complaint because more than five months have passed since he filed his complaint and Defendants still have not been served.

    Federal Rule of Civil Procedure 4(m) provides, in relevant part, that "[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

    Plaintiff filed his complaint on September 14, 2016. (Doc. 1.) In October 2016, the Court granted Plaintiff's motion to proceed *in forma pauperis*. (Doc. 6.) In November 2016, the Court ordered that service be made by a U.S. Marshal pursuant to Fed. R. Civ. P. 4(c)(3). (Doc. 11-2.) On February 21, 2017, the Court received notice that two of the summonses were returned unexecuted. (Docs. 15-16.)

    The Court will allow Plaintiff 45 days from today's date to complete service upon

Defendants. If any of the Defendants have not been served by Friday, April 14, 2017, the Court will dismiss this case against those Defendants without prejudice.

**IT IS HEREBY ORDERED** that Plaintiff shall serve Defendants by **Friday, April 14, 2017**. If any of the Defendants have not been served by this date, the Court will dismiss this case against those Defendants without prejudice.

Dated this 28th day of February, 2017.

_____
Honorable Stephen M. McNamee
Senior United States District Judge