# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Amador,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Quicken Loans, Inc. et al.,<br><br>　　　　Defendants. | No. CV 16-1357-SMM<br><br>**ORDER** |

In an Order dated February 28, 2017 (Doc. 17), this Court set a deadline of Friday, April 14, 2017 for Plaintiff to serve all named Defendants in this case. As of today's date, Defendants Bank of America and DVP, LP have not been served.

Accordingly,

**IT IS HEREBY ORDERED** dismissing without prejudice Defendants Bank of America and DVP, LP from this case. The Clerk of Court shall dismiss Defendants Bank of America and DVP, LP from this action.

Dated this 21st day of April, 2017.

　　　　　　　　　　　　　　　　　　　Honorable Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　Senior United States District Judge